**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 SEP -9 PM 4: 12

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** 2:25-CP-153 |
| **Plaintiff,** | **JUDGE** Watson |
| **vs.** | **INDICTMENT** |
| **DELONTE D. ROBERTSON,** | **18 U.S.C. § 2** |
| **Defendant.** | **18 U.S.C. § 371** |
| | **18 U.S.C. § 922(a)(5)** |
| | **18 U.S.C. § 922(a)(6)** |
| | **18 U.S.C. § 924(a)(1)(D)** |
| | **18 U.S.C. § 924(a)(2)** |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT 1
(Conspiracy to Make False Statements During Acquisition of Firearms)

1.      From on or about March 2021, and continuing up to and including November 2023, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendant, **DELONTE D. ROBERTSON,** did knowingly and willfully combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to commit certain offenses against the United States, specifically: to knowingly make false and fictious written statements to federally licensed firearms dealers, which statements were intended and likely to deceive the dealers as to the lawfulness of the sale and other disposition of the firearms, in violation of Title 18, United States Code, Section 922(a)(6).

1

## MANNER AND MEANS

2.     The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

a.   At all times relevant to this Indictment, **DELONTE D. ROBERTSON** had been convicted of a misdemeanor crime of Domestic Violence and a felony offense punishable by more than one year of imprisonment, to wit: Attempted Felonious Assault, a felony of the third degree. As such, **ROBERTSON** was prohibited from acquiring or possessing firearms.

b.   It was part of the conspiracy that **DELONTE D. ROBERTSON** would recruit co-conspirators to acquire firearms through making false and fictious statements to federally licensed firearms dealers (FFLs) in Ohio.

c.   It was further part of the conspiracy that **DELONTE D. ROBERTSON** would pay co-conspirators to purchase firearms in their names from FFLs in Ohio. After the sales were complete, **ROBERTSON** would take possession of the firearms.

d.   It was further part of the conspiracy that **DELONTE D. ROBERTSON** would travel by car to the Washington, D.C. and Maryland area to trade or sell the firearms to individuals who did not reside in Ohio.

## OVERT ACTS

3.     In furtherance of the conspiracy and in order to effect the objects thereof, at least one of the co-conspirators committed or caused to be committed, in the Southern District of Ohio and elsewhere, at least one of the following overt acts:

a.   On or about January 19, 2022, a co-conspirator purchased a Glock model 22, 40 caliber pistol, bearing serail number DWD064US, from an FFL in

2

Columbus, Ohio. On or about March 20, 2025, this firearm was recovered in Washington, D.C.

b. On or about March 1, 2022, a co-conspirator purchased a Smith and Wesson, Model SD9VE, 9mm pistol, bearing serial number FDW8898, from an FFL in Columbus, Ohio.

c. On or about April 13, 2022, a co-conspirator purchased a Glock 27, .40 caliber pistol, bearing serial number AGML273, from an FFL in Columbus, Ohio.

d. On or about April 15, 2022, a co-conspirator purchased an Anderson Manufacturing, model AM-15, multi caliber firearm, bearing serial number 21206312.

e. On or about April 28, 2022, a co-conspirator purchased a Smith & Wesson, M&P 40, .40 caliber pistol, bearing serial number NLK3750, from an FFL in Columbus, Ohio. On or about October 13, 2022, this firearm was recovered in Washington, D.C.

f. On or about May 8, 2022, a co-conspirator purchased a Glock 22, .40 caliber pistol, bearing serial number G92393, from an FFL in Columbus, Ohio. On or about May 16, 2022, this firearm was recovered in Laurel, Maryland.

**All in violation of 18 U.S.C. § 371.**

### COUNT 2
(False Statement During Acquisition of Firearm)

4. On or about April 28, 2022, in the Southern District of Ohio, the defendant, **DELONTE D. ROBERTSON,** in connection with the acquisition of a firearm – to wit: a Smith

3

& Wesson, M&P, .40 caliber pistol, bearing serial number NLK3750 – from Cabela's, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictious written statement to Cabela's, which statement was intended and likely to deceive Cabela's as to a fact material to the lawfulness of the sale of the firearm under Chapter 44 of Title 18, in that **ROBERTSON** aided and abetted another individual in executing a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, to the effect that the other individual was the actual transferee/buyer of the firearm when, in fact, the other individual was purchasing the firearm on behalf of **ROBERTSON**.

**In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.**

### COUNT 3
(Transfer of Firearm to an Out-of-State Resident)

5.      From approximately January 2022 through approximately September 2022, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendant, **DELONTE D. ROBERTSON,** not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willingly transfer, sell, trade, give, transport, and deliver a firearm to a person who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Ohio, the state in which **ROBERTSON** was residing at the time of the transfer, sale, trade, giving, transportation, and delivery of the firearm.

**In violation of 18 U.S.C. §§ 922(a)(5), 924(a)(1)(D), and 2.**

4

## FORFEITURE ALLEGATION

6.      The allegations of the Indictment are realleged and by this reference fully

incorporated herein for the purpose of alleging forfeitures to the United States of America

pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

7.      Upon conviction of any offense alleged in the Indictment, the defendant,

**DELONTE D. ROBERTSON**, shall forfeit to the United States any firearm or ammunition

involved in or used in such violation including, but not limited to, the following:

- One Glock 22, .40 caliber pistol, bearing serial number DWD064US;
- One Smith and Wesson, model SD9VE, 9mm pistol, bearing serial number FDW8898;
- One Glock 27, .40 caliber pistol, bearing serial number AGML273;
- One Anderson Manufacturing, model AM-15, multi caliber firearm, bearing serial number 21206312;
- One Smith and Wesson, model M&P40, 40 caliber pistol, bearing serial number NLK3750;
- One Glock 22, .40 caliber pistol, bearing serial number G92393; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

**s/foreperson**_____
**FOREPERSON**

**DOMINICK S. GERACE II**
**United States Attorney**

**Elizabeth A. Geraghty 0072275**
**Assistant United States Attorney**

5