# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

United States of America,

v.                                                                    Case No. 2:25-cr-153

                                                                      Judge Michael H. Watson

Delonte Dominique Robertson,

## ORDER

There being no objections, and upon review of the Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 17.  The Court accepts Defendant's plea of guilty to Counts 1, 2, and 3 of the Indictment, and he is hereby adjudged guilty on those counts.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

IT IS SO ORDERED.

_____

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT